ANDREW CAROTHERS, M.D., P.C., Appellant, v PROGRESSIVE INSURANCE COMPANY, Respondent.

Submitted May 22, 2017; decided June 29, 2017

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain this motion for leave to appeal from the order of the Appellate Division entered in this action commenced in the Civil Court of the City of New York (*see* NY Const, art VI, § 3 [b] [7]; CPLR 5602 [a]).

Judge FEINMAN taking no part.

JOHN L. BELL, Individually and as Shareholder of NORPCO RESTAURANT, INC. and BUTCHER BLOCK OF ALBANY, INC., Appellant, v DAVID R. WHITE et al., Respondents.

Submitted May 22, 2017; decided June 29, 2017

Motion for reargument of motion for leave to appeal denied [*see* 29 NY3d 961 (2017)].

Judges STEIN and FEINMAN taking no part.

In the Matter of RICHARD A. BRUMMEL et al., Appellants, et al., Petitioner, v TOWN OF NORTH HEMPSTEAD TOWN BOARD, Also Known as TOWN COUNCIL, et al., Respondents.

Submitted May 22, 2017; decided June 29, 2017

Motion for reargument of motion for leave to appeal denied [*see* 29 NY3d 903 (2017)].

Judge FEINMAN taking no part.